IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGONIZED HEMP CO, LLC,

    Plaintiff,

v.

JOSEPHINE COUNTY, a subdivision of the State of Oregon, et al,

    Defendants.

Case No. 1:20-cv-00720-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 58), and the matter is now before this court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 58) is adopted in full. Josephine County Defendants' Motion (ECF No. 36) is GRANTED in part and DENIED in part. Josephine County Defendants are dismissed from Plaintiffs' First Claim for Relief, Counts I–IV of Plaintiffs' Amended Complaint. Plaintiffs' Second Claim for Relief is dismissed without prejudice, with leave to file a second amended complaint within thirty days.

IT IS SO ORDERED.

DATED this 26th day of May, 2021.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER