Ross Day, OSB #002395
Day Law, P.C.
7831 St. Charles Street NE
Keizer, Oregon 97303
Mailing Address: 16037 SW Upper Boones Ferry Road
Ste. 150
Tigard, OR 97224
ross@daylawpc.com
T:(503) 747-2705
F:(503) 914-1892
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **OREGONIZED HEMP CO LLC**, an Oregon domestic limited liability company, and **JUSTIN PITTS,** an individual,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>**JOSEPHINE COUNTY, OREGON**, a political subdivision of the state of Oregon, **JACKSON COUNTY, OREGON**, a political subdivision of the state of Oregon, **JOHN DOES 1 THROUGH 20**, in their individual and official capacity, **CITY OF MEDFORD**, a political subdivision of the state of Oregon; **CHRIS DODE**, in his individual and official capacity,<br><br>*Defendants*. | Case No.: 1:20-cv-00720<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE**

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Comes now

Plaintiffs **OREGONIZED HEMP CO LLC** and **JUSTIN PITTS**, by and through their counsel of

record Ross Day of Day Law, P.C. and pursuant to Federal Rule of Civil Procedure 41(1)(1)(A)(i), Plaintiffs voluntarily dismiss the action captioned above as to all claims and all parties.

Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

*Dated* this 26th day of April, 2022.

    /s/ Ross Day
Ross Day, OSB #002395
Day Law, P.C.
16037 SW Upper Boones Ferry Road
Ste. 150
Tigard, OR 97224
T: 503.747.2705
F: 503.914.1892
E: ross@daylawpc.com